UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SAMUEL H. SLOAN,

                Plaintiff,

-against-

DIANE HASLETT RIDIANO; GLADYS
PEMBERTON; AARON MASLOW; HY
SINGER; KINGS COUNTY REPUBLICANN
PARTY; ISABELLA JEFFERSON;
BROOKLYN REPUBLICANS UNITED FOR
NEW LEADERSHIP; NEW YORK
REPUBLICAN STATE COMMITTEE;
SANDY TREADWELL; PETER S.
KOSINSKI; CAROL BERMAN, NEIL W.
KELLERHER, HELENA MOSES DONOHUE
and EVELYN J. ACQUILA, Commissioner of
Elections, Constituting the New York State Board
of Elections, and New York City Commissioners
of Elections; NERO GRAHAM; FREDERIC
M. UMANE; WEYMAN A. CAREY; MICHAEL
J. CILMI; MARK B. HERMAN; DOUGLAS A.
KELLNER; TERRANCE C. O'CONNOR;
NANCY MOTTOLA-SCHACHER and STEPHAN
H. WEINER,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
04-CV- 2791 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 3 0 2005 ★

BROOKLYN OFFICE

       An Order of Honorable David G. Trager, United States District Judge, having been filed on September 27, 2005, finding that plaintiff's complaint is moot; dismissing the action; and directing the Clerk of Court to enter judgment dismissing the action; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's complaint is moot; and that judgment is hereby entered dismissing the action.

Dated: Brooklyn, New York
       September 27, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court